1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN S. ROSENBERG (SBN 174593)
4  Assistant United States Attorney
   Deputy Chief, OCDETF Section
5  RASHA GERGES (SBN 218248)
   Assistant United States Attorney
6  OCDETF Section
     1400 United States Courthouse
7    312 North Spring Street
     Los Angeles, California 90012
8    Telephone: (213) 894-4849/6530
     Facsimile: (213) 894-0142
9    E-mail: Kevin.Rosenberg@usdoj.gov
             Rasha.Gerges@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12

13              UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,      )   No. CR 11 01137
                                  )
16                 Plaintiff,     )   EX PARTE APPLICATION TO FILE
                                  )   INDICTMENT AND ARREST WARRANTS
17            v.                  )   UNDER SEAL; MEMORANDUM OF
                                  )   POINTS AND AUTHORITIES;
18 MARK PETER WILLEMS, et al.,    )   DECLARATION OF KEVIN S.
                                  )   ROSENBERG
19              Defendants.       )
                                  )   [UNDER SEAL]
20                                )
                                  )   [APPLICATION AND ORDER SEALING
21                                )   FILING CONTAINED WITHIN THIS
   _____)   PLEADING]

22

23       The United States of America hereby applies to this Court

24 for an order permitting it to file the indictment and arrest

25 warrants, as well as all accompanying documents, in the above-

26 captioned proceeding under seal.  In addition, the request to

27 ///

28

FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

1  seal would apply to the attached Memorandum of Points and
2  Authorities and Declaration of Kevin S. Rosenberg which serve as
3  a basis for the application.

4  DATED: November 29, 2011          Respectfully submitted,

5                                    ANDRÉ BIROTTE JR.
                                     United States Attorney
6
                                     ROBERT E. DUGDALE
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9

10                                   KEVIN S. ROSENBERG
                                     Assistant United States Attorney
11
                                          Attorneys for Plaintiff
12                                        United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

In this application, the United States asks this Court to seal the indictment and arrest warrants of the defendants charged in this case.   The Ninth Circuit has held that federal district courts have the inherent power to seal indictments, affidavits filed with complaints, arrest warrants and search warrants in appropriate circumstances.   <u>Offices of Lakeside Non-Ferrous Metals, Inc. v. United States</u>, 679 F.2d 778, 779 (9th Cir. 1982); <u>United States v. Agosto</u>, 600 F.2d 1256, 1258 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the indictment would disclose facts which would interfere with an ongoing criminal investigation or would preclude apprehension of persons to be arrested who remain at-large.   <u>Shea v. Gabriel</u>, 520 F.2d 879, 882 (1st Cir. 1979).

In the present case, as is set forth in attached Declaration of Kevin S. Rosenberg, the disclosure of the indictment and arrest warrants would directly harm the government's ongoing investigation of this matter by prematurely disclosing the existence, scope, and nature of the investigation and potentially thwart the government's efforts to apprehend the indicted defendants, two of whom reside outside the United States.

Accordingly, the government requests this Court to enter an order sealing the indictment and arrest warrants, the supporting documentation, as well as this application, memorandum and Declaration until the first defendant is arrested on indictment.

## DECLARATION OF KEVIN S. ROSENBERG

I, Kevin S. Rosenberg, hereby declare as follows:

1.    I am an Assistant United States Attorney in the Central District of California.  I am one of the prosecutors assigned to this case.

2.    The charges in this case involve a world-wide effort to distribute controlled substances and launder drug proceeds.  Law enforcement agents believe that six of the eight defendants reside outside of this District in various cities around the United States.  Law enforcement agents also believe that the two lead defendants reside outside the United States.  Law enforcement agents are working closely with their foreign and domestic counterparts to coordinate the arrest of the defendants, however, no exact date has been formulated at this time.  As such, the government's investigation is not public knowledge at this time.  Therefore, I am requesting that this Court seal the indictment and arrest warrants because the charged defendants have not been taken into custody on the indictment.  Based upon my experience and conversations with the case agents, I believe that the likelihood of apprehending the defendants at large might be seriously jeopardized if the indictment and arrest warrants in this case were made publicly available before the defendants are taken into custody on the indictment.  This is especially true where the lead defendants reside outside the United States.

///

3.    It is therefore respectfully requested that this Court issue an order sealing the indictment, arrest warrants, and all the accompanying documents pertaining to this application in this case until further order for the court.  I further request that the indictment automatically unseal upon first defendant's arrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November 2011, at Los Angeles, California.

KEVIN S. ROSENBERG