ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KEVIN S. ROSENBERG (SBN 174593)
Assistant United States Attorney
Deputy Chief, OCDETF Section
RASHA GERGES (SBN 218248)
Assistant United States Attorney
OCDETF Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-4849/6530
   Facsimile: (213) 894-0142
   E-mail: Kevin.Rosenberg@usdoj.gov
          Rasha.Gerges@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )  No. CR 11 01137
                           )
           Plaintiff,    )  [~~PROPOSED~~] ORDER SEALING
                           )  INDICTMENT, ARREST WARRANTS,
        v.                   )  AND OTHER PLEADINGS
                           )
MARK PETER WILLEMS, et al.,   )
                           )  [UNDER SEAL]
          Defendants.   )
                           )
_____)

     Upon application of plaintiff United States of America for an order sealing documents in this matter, IT IS HEREBY ORDERED that the indictment, arrest warrants, the accompanying documents, the government's application to seal, as well as the memorandum
///

1 | of points and authorities and Declaration of Kevin S. Rosenberg,
2 | be filed and kept under seal until the first defendant's arrest,
3 | at which time they will automatically unseal.
4 | DATED: November 29, 2011         **MICHAEL R WILNER**
5 |                                   _____
                                      UNITED STATES MAGISTRATE JUDGE
6 |
7 | Presented by:
8 |
9 |
   _____
10 | KEVIN S. ROSENBERG
    Assistant United States Attorney